# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

AFTONN THOMPSON                                                    PLAINTIFF

v.                            Case No. 2:18-CV-2040

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                     DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 19) from Chief United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 13th day of December, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE